# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| William and Phyllis Owan, ) | |
| ) | |
| Plaintiffs, ) | **ORDER FOR STATUS CONFERENCE** |
| ) | |
| vs. ) | |
| ) | |
| Equinor Energy, LP, ) | |
| ) | Case No. 1:20-cv-116 |
| Defendant. ) | |

A status will be held before the magistrate judge on June 9, 2021, at 9:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 18th day of August, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court