**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| William and Phyllis Owan, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Equinor Energy LP, | ) | Case No. 1:20-cv-116 |
| | ) | |
| Defendant. | ) | |

On November 19, 2021, the parties filed a stipulation to continue the final pretrial conference and trial in this case. The court **ADOPTS** the parties' stipulation (Doc. No. 20). The final pretrial conference on November 30, 2021, shall be rescheduled for October 4, 2022, at 9:00 AM by telephone. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581. The bench trial on December 13, 2021, shall be rescheduled for October 17, 2022, at 9:00 AM in Bismarck (courtroom #2). A four (4) day trial is anticipated. The present scheduling order shall be vacated. The parties shall submit a revised scheduling and discovery plan by March 4, 2022, for the court's consideration to ndd_J-Hochhalter@ndd.uscourts.gov.

**IT IS SO ORDERED.**

Dated this 19th day of November, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court